1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-MC-00084-LKK-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| APPROXIMATELY $2,685.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Michael P. Rego ("Claimant"), by and through their respective attorney, as follows:

 1. On or about April 8, 2008, Claimant filed a claim, in the administrative forfeiture proceedings, with the United States Postal Inspection Service ("USPIS") with respect to the approximately $2,685.00 in U.S. Currency (hereafter referred to as the "defendant currency"), which was seized on or about January 7, 2008.

 2. The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to

1 the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no
2 person other than the Claimant has filed a claim to the defendant
3 currency as required by law in the administrative forfeiture
4 proceeding.

5     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
6 required to file a complaint for forfeiture against the defendant
7 currency and/or to obtain an indictment alleging that the defendant
8 currency is subject to forfeiture within 90 days after a claim has
9 been filed in the administrative forfeiture proceedings, unless the
10 court extends the deadline for good cause shown or by agreement of
11 the parties.  That deadline is currently July 7, 2008.

12    4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
13 by agreement to extend to September 5, 2008, the time in which the
14 United States is required to file a civil complaint for forfeiture
15 against the defendant currency and/or to obtain an indictment
16 alleging that the defendant currency is subject to forfeiture.

17    5.  Accordingly, the parties agree that the deadline by which
18 the United States shall be required to file a complaint for
19 forfeiture against the defendant currency and/or to obtain an
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  indictment alleging that the defendant currency is subject to
2  forfeiture shall be extended to September 5, 2008.
3  DATED: July 2, 2008              McGREGOR W. SCOTT
                                    United States Attorney
4
5                                   /s/ Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
6                                   Assistant U.S. Attorney
7
8  DATED: July 2, 2008              /s/ Daniel J. Broderick for LCH
                                    LINDA C. HARTER
9                                   Attorney for Claimant Michael P. Rego
10                                  (Original signature retained by
                                    attorney)
11
12     **IT IS SO ORDERED.**
13
14     DATED: July 8, 2008.
15
16
17                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
18                                  UNITED STATES DISTRICT COURT

3